**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Justin Michael JOHNSON,
Defendant–Appellant.**

**No. 14–12487
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 12, 2015.

Karin Bethany Hoppmann, Arthur Lee Bentley, III, Stacie B. Harris, Tampa, FL, for Plaintiff–Appellee.

Alec Fitzgerald Hall, Tampa, FL, Rosemary Cakmis, Meghan Ann Collins, Donna Lee Elm, Orlando, FL, for Defendant–Appellant.

Before MARCUS, JULIE CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for Justin Johnson in this direct criminal appeal, has filed a motion to withdraw from further representation of Johnson and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Johnson's convictions and sentences are **AFFIRMED.**